AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Mary Loverde, | ) |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 7:22-cv-2234 |
| Brown & Brown of New York, Inc., Opus Advisory Group, LLC, and Mark Grisanti, Individually, | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Brown & Brown of New York, Inc., 1133 Westchester Avenue, Ste N 136, White Plains, NY 10604 (via Secretary of State);

Opus Advisory Group, LLC, 1133 Westchester Avenue, Ste N 136, White Plains, NY 10604 (via Secretary of State);

Mark Grisanti, 1133 Westchester Avenue, Ste N 136, White Plains, NY 10604 .

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Casey Wolnowski, Esq.
Nisar Law Group, P.C.
60 East 42nd Street, Suite 4600
New York, NY 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  3/21/2022

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*

