UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MARY LOVERDE,

                Plaintiff,

v.                                             <u>ORDER</u>

BROWN & BROWN OF NEW YORK, INC.,     22-cv-02234-PMH
et al.,

                Defendants.
-------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. The parties may submit a proposed Permanent Injunction for the Court's consideration within thirty (30) days of this Order.

      Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated:  White Plains, New York
         October 26, 2022

                                                               _____
                                                               Philip M. Halpern
                                                               United States District Judge